**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PALOMAR SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff/Counter-Defendant | ) ) | |
| vs. | ) ) | Civil Action No. 2:22-cv-136-TBM-RPM |
| J.S. HELD LLC, | ) ) | |
| Defendant/Counter-Plaintiff | ) ) | |

**PALOMAR SPECIALTY INSURANCE COMPANY'S ANSWER**
**TO J.S. HELD LLC's COUNTERCLAIM FOR DECLARATORY RELIEF**

COMES NOW Plaintiff/Counter-Defendant Palomar Specialty Insurance Company, by and through undersigned counsel, and files this its Answer and Defenses to Defendant/Counter-Plaintiff J.S. Held LLC's Counterclaim for Declaratory Relief in the above-styled case, as follows:

**AFFIRMATIVE DEFENSES**

1. Defendant/Counter-Plaintiff has failed to state a claim upon which this Court may grant relief, under Fed. R. Civ. P. 12(b)(6).

2. Defendant/Counter-Plaintiff's claims are or may be barred in whole or in part by the doctrine of estoppel, laches, and/or waiver.

3. Defendant/Counter-Plaintiff's claims are or may be barred in whole or in part by the doctrine of unclean hands.

4. Defendant/Counter-Plaintiff lacks standing to assert or raise the claims in the Counterclaim for a Declaratory Judgment.

5. The Counterclaim for a Declaratory Judgment should be dismissed because Defendant/Counter-Plaintiff is not a proper party plaintiff.

6.      Defendant/Counter-Plaintiff may not have joined parties necessary for a just adjudication of the issues.

7.      This Court may not have jurisdiction over the subject matter of the Counterclaim for a Declaratory Judgment.

## ANSWER TO COUNTERCLAIM FOR A DECLARATORY JUDGMENT

1.      Based on information and belief, Plaintiff/Counter-Defendant admits the allegations in Paragraph 1. Plaintiff/Counter-Defendant does not know the state(s) of residence of any of the members of the Defendant/Counter-Plaintiff Limited Liability Company.

2.      Admitted.

3.      Plaintiff/Counter-Defendant denies the allegations in Paragraph 3.

4.      Plaintiff/Counter-Defendant denies the allegations in Paragraph 4.

5.      Plaintiff/Counter-Defendant denies the allegations in Paragraph 5.

6.      Plaintiff/Counter-Defendant denies the allegations in Paragraph 6.

Plaintiff/Counter-Defendant denies the allegations contained in the "WHERFORE" clause, and specifically denies that Defendant/Counter-Plaintiff is entitled to a declaratory judgment or any other relief sought by Defendant/Counter-Plaintiff in the "WHEREFORE" clause and/or the Counterclaim for a Declaratory Judgment.

This 3rd day of November, 2022.

/s/ David A. Terry
David A. Terry
Mississippi Bar No. 106199
COZEN O'CONNOR
1230 Peachtree Street, N.E.
The Promenade, Suite 400
Atlanta, Georgia 30309
Telephone: (404) 572-2016
Facsimile: (404) 572-2199
E-mail:  dterry@cozen.com
*Attorney for Plaintiff/Counter-Defendant*
*Palomar Specialty Insurance Company*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

PALOMAR SPECIALTY INSURANCE )
COMPANY, )
                                            )
     Plaintiff/Counter-Defendant )
                                            )
vs. )   Civil Action No. 2:22-cv-136-TBM-RPM
                                            )
J.S. HELD LLC, )
                                            )
     Defendant/Counter-Plaintiff )
                                            )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2022, I electronically filed the foregoing **PALOMAR SPECIALTY INSURANCE COMPANY'S ANSWER TO J.S. HELD LLC's COUNTERCLAIM FOR DECLARATORY RELIEF** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

        Edward J. Currie, Jr.
        CURRIE JOHNSON & MYERS, P.A.
        1044 River Oaks Drive
        P.O. Box 750
        Jackson, MS  39205-0750
        ecurrie@curriejohnson.com

This 3rd day of November, 2022.

                                    /s/ David A. Terry
                                    David A. Terry
                                    Mississippi Bar No. 106199