IN THE UNITED S T A T E S  DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PALOMAR SPECIALTY INSURANCE
COMPANY                                                                                    PLAINTIFF

VS.

CIVIL ACTION NO. 2:22cv136-TBM-RPM

J.S. HELD LLC                                                                              DEFENDANT

## <u>ORDER REMANDING CASE</u>

THIS CAUSE came before the Court on a joint motion of the parties to remand this civil action to the Circuit Court of Lamar County, Mississippi, from which it was removed, and the Court hereby finds the motion to be well taken and it should be and is granted.

IT IS, THEREFORE, ORDERED that the above-styled and numbered cause be remanded back to the Circuit Court of Lamar County, Mississippi, bearing cause number 37CI1:22cv120.

SO ORDERED AND ADJUDGED, this the 18th day of November 2022.


_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE